IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00627-RPM

CLIFFORD LOTT,

    Plaintiff,

v.

AURORA POLICE DEPARTMENT OFFICERS TIMOTHY MERRILL;
KEVIN ROSSI;
JOSHUA JENSEN; and
JOHNATHAN MCCANTS, in their individual and official capacities, and
DILLON COMPANIES, INC. d/b/a KING SOOPERS,

    Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **July 7, 2011, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on June 30, 2011.**

    The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

    Dated: June 2, 2011

                                              BY THE COURT:
                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge