**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-00627-RPM

CLIFFORD LOTT,
Plaintiff

v.

AURORA POLICE DEPARTMENT OFFICERS KEVIN ROSSI and
JOHNATHAN MACANTS, in their individual and official capacities, and
DILLON COMPANIES, INC. d/b/a KING SOOPERS,
Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE RE CLAIMS AGAINST DILLON
COMPANIES INC., D/B/A KING SOOPERS**

---

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal of Claims Against Dillon Companies, Inc., d/b/a King Soopers WITH PREJUDICE, and the Court being fully advised of the matters set forth therein;

DOES HEREBY ORDER Plaintiff, individually, to satisfy all outstanding liens or claims of her medical doctors, healthcare providers, insurers and/or governmental entities who paid benefits or rendered services, including but not limited to Medicare, to Plaintiff as a result of the incident set forth in Plaintiff's Complaint and that Plaintiff's claims against Dillon Companies, Inc. are DISMISSED WITH PREJUDICE each party to bear her, his or its own costs and attorneys' fees.

Dated: October 14th, 2011.

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge