IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00627-RPM-CBS

CLIFFORD LOTT,

Plaintiff,

v.

CITY OF AURORA, COLORADO,

Defendant.

### *ORDER FOR DISMISSAL*

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. Good grounds having been shown, it is therefore ORDERED that:

This case is hereby dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated this 20th day of April, 2012.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Disrict Judge